IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 28 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01174-CBS

MARK A. DIXON,

    Plaintiff,

v.

BRENT CROUSE, Warden Crowley Corr. Fac.,
LE COUNT, (HSA) Head Service Administrator,
JOHN DOE, (Unknown) Head Clinical Supervisor, Crowley Correctional Facility,
SUTTON, Doctor Crowley County Corr. Fac., Medical Department,
P.A. JUDY,
JANE DOE (Unknown), Physician Assistant, Crowley County Correctional Facility,
    Medical Department,
N.P.'s JAMIE & KATHY,
JANE DOE, (Unknown), Nurse Practitioner, Crowley County Correctional Facility,
Medical Department, and
ACCESS CORRECTIONAL CARE (CDOC), P.O. Box 17670, Denver, CO 80217-0670,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    This matter is before the Court on Plaintiff Mark A. Dixon's piecemeal responses to the July 24, 2006, order to file an amended complaint and to show cause. On August 10, 2006, Mr. Dixon submitted and the Court filed a general affidavit and documents pertinent to his efforts to exhaust. On August 21, 2006, Mr. Dixon submitted and the Court filed a document titled "Amemnded [sic] Prisoner Complaint Combined Motion to Dismiss Three Defendants," a certificate of mailing, another copy of the general affidavit submitted on August 10, and a renewed motion for the appointment of counsel.

    The renewed motion for appointment of counsel is DENIED as premature. The remaining documents submitted piecemeal on August 10 and 21, 2006, do not satisfy the July 14, 2006, order that Mr. Dixon submit a comprehensive amended complaint that shows cause as part of that amended complaint why the amended complaint should not be dismissed for failure to exhaust the Colorado Department of Corrections' (DOC) three-step, administrative-grievance procedure. Therefore, these documents will not be addressed further by the Court and, to the extent Mr. Dixon moves to dismiss three defendants, the motion is DENIED. Mr. Dixon will be allowed **twenty (20) days from the date of this order** in which to submit an amended complaint that satisfies the requirements of the July 14 order, including to submit the amended complaint on the proper, Court-approved, Prisoner Complaint form and to show cause as part of the

amended complaint why the amended complaint should not be dismissed for failure to exhaust the DOC's three-step, administrative-grievance procedure. The clerk of the Court is directed to mail to Mr. Dixon, together with a copy of this minute order, two copies of the Prisoner Complaint form to be used in submitting the amended complaint. If Mr. Dixon again fails to submit an amended complaint and to show cause as directed, the action will be dismissed without further notice.

Dated: August 28, 2006

---

Copies of this Minute Order **and two copies of the Prisoner Complaint** mailed on August 28, 2006, to the following:

Mark A. Dixon
Prisoner No. 58202
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

_____
Secretary/Deputy Clerk