IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01174-CBS

MARK A. DIXON,

    Plaintiff,

v.

BRENT CROUSE, Warden Crowley Corr. Fac.,
LE COUNT, (HSA) Head Service Administrator,
JOHN DOE, (Unknown) Head Clinical Supervisor, Crowley Correctional Facility,
SUTTON, Doctor Crowley County Corr. Fac., Medical Department,
P.A. JUDY,
JANE DOE (Unknown), Physician Assistant, Crowley County Correctional Facility, Medical Department,
N.P.'s JAMIE & KATHY,
JANE DOE, (Unknown), Nurse Practitioner, Crowley County Correctional Facility, Medical Department, and
ACCESS CORRECTIONAL CARE (CDOC), P.O. Box 17670, Denver, CO 80217-0670,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2006

GREGORY C. LANGHAM
CLERK

## ORDER DISMISSING CASE

This matter is before the Court on the document titled "Petition to Dismiss Complaint Without Prejudice" that Plaintiff Mark A. Dixon submitted *pro se* and the Court filed on September 11, 2006. In the petition, Mr. Dixon informs the Court that he wants to dismiss his complaint.

The Court must construe liberally the September 11, 2006, petition to dismiss because Mr. Dixon has filed the petition on his own behalf. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the September 11 petition liberally as a notice of

voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (I) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See* **Hyde Constr. Co.**, 388 F.2d at 507. Accordingly, it is

ORDERED that the petition titled "Petition to Dismiss Complaint Without Prejudice" that Plaintiff Mark A. Dixon submitted *pro se* and the Court filed on September 11, 2006, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of September 11, 2006, the date the liberally construed notice of dismissal was filed in this action. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 22 day of Sept., 2006.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01174-CBS

Mark A. Dixon
3287 S. Grape
Denver, CO 80222

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/25/06

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk